

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| HELSON PACHECO-SERRANT, M.D., | § | No. 08-15-00357-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| CARMEN MUNOZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2015-DCV-0138) |
| | § | |

**O R D E R**

The Court has this day considered the Appellant's motion for stay of trial court proceedings and discovery, and concludes the motion should be GRANTED. Therefore, the County Court at Law No. 3 is directed to stay all proceedings and discovery in cause number 2015-DCV-0138, styled *Helson Pacheco-Serrant, M.D. v. Carmen Munoz*, pending disposition of this appeal or further order of this Court.

IT IS SO ORDERED this 28th day of April, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.